988

No. 682. OVERLAKES CORP. *v.* COMMISSIONER OF IN-
TERNAL REVENUE. C. A. 2d Cir. Certiorari denied.
MR. JUSTICE BRENNAN took no part in the consideration
or decision of this petition. *William L. Hanaway* and
*Thomas R. Moore* for petitioner. *Acting Solicitor Gen-
eral Spritzer, Acting Assistant Attorney General Roberts,
Harry Baum* and *Loring W. Post* for respondent.

No. 688. GRIFFITH ET AL. *v.* BOARD OF COMMISSIONERS
OF THE ALABAMA STATE BAR. Sup. Ct. Ala. Certiorari
denied. MR. JUSTICE BLACK is of the opinion that cer-
tiorari should be granted. *Fred Blanton, Jr.,* for peti-
tioners. *M. Ronald Nachman, Jr.,* for respondent.

No. 755. FRAZIER *v.* CALIFORNIA. Dist. Ct. App. Cal.,
4th App. Dist. Certiorari denied. MR. JUSTICE BLACK
is of the opinion that certiorari should be granted.
*George Kaufmann* for petitioner.

No. 709. MUTH, ADMINISTRATRIX *v.* ATLASS ET AL.,
EXECUTORS; and
No. 733. DARR, ADMINISTRATRIX *v.* ATLASS ET AL.,
EXECUTORS. C. A. 7th Cir. Certiorari denied. MR.
JUSTICE BLACK is of the opinion that certiorari should
be granted, the Court of Appeals' judgment reversed, and
the District Court's judgment affirmed. *G. Kent Yowell*
for petitioner in No. 709. *Harold A. Liebenson* and *Ed-
ward G. Raszus* for petitioner in No. 733. *Edward B.
Hayes* for respondents in both cases. Reported below:
350 F. 2d 592.

No. 1, Misc. STELLO *v.* PENNSYLVANIA. Sup. Ct. Pa.
Certiorari denied.